IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**PAUL LEONARD HALTHON**  PLAINTIFF

**VERSUS**  CIVIL ACTION NO.  1:08CV47-HSO-JMR
1:08CV48-HSO-JMR
1:08CV49-HSO-JMR

**KEN BROADUS,** *et al.*  DEFENDANTS

## FINAL JUDGMENT

This matter came on to be heard on Defendants' Motion for Summary Judgment [49] filed on May 1, 2009. The Court, after a full review and consideration of Defendants' Motion and Chief Magistrate Judge John M. Roper's Report and Recommendations [56], as well as the pleadings on file and the relevant legal authorities, finds that in accord with its Order entered herewith,

**IT IS, ORDERED AND ADJUDGED,** that judgment is rendered in favor of Defendants pursuant to FED. R. CIV. P. 56. Plaintiff's cases against Defendants are hereby dismissed with prejudice.

**SO ORDERED AND ADJUDGED**, this the 26th day of January, 2010.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE